UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LAWRENCE L. SKORUPSKI,

    Plaintiff,

-vs-                                                Case No. 5:07-cv-447-Oc-10GRJ

DALE C. ROSSMAN, INC., KENNETH D.
BROWN, President, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS UNION (I.B.E.W.), EDWIN D.
HILL, International President, I.B.E.W.
LOCAL #1205, MATT MEADOWS,
Business Agent, I.B.E.W. Local #1205,
I.B.E.W., LOCAL #32, JERRY DICKREIDE,
Business Agent, I.B.E.W. Local #32,
TAMARA J. LAROSE, a/k/a Tamara J.
Youngquist,

    Defendants.

---

## ORDER

The United States Magistrate Judge has issued a report (Doc. 52) recommending that Defendant International Brotherhood of Electrical Workers Local Union No. 32 and Defendant Jerry Dickreide's Motion to Dismiss (Doc. 12); Defendant Edwin D. Hill's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 26); and Defendant Dale C. Rossman, Inc. & Defendant Kenneth D. Brown's Motion to Dismiss the Complaint, or Alternatively Quash Service of Process (Doc. 30) should be granted. The Plaintiff has not filed any objections to the Magistrate Judge's report and recommendation, and the time for filing

objections has elapsed.[1]  Accordingly, upon due consideration, it is ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation (Doc. 52) is adopted, confirmed, and made a part hereof.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this __20__ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

---

[1]The Magistrate Judge's Report and Recommendation (Doc. 52) was entered on August 8, 2008. On August 18, 2008, the Plaintiff filed a notice of a change of address. On August 22, 2008, the Report and Recommendation was returned as undeliverable. On August 25, 2008, the Report and Recommendation was resent to the Plaintiff's current address. As of this date, the Plaintiff has not filed an objection to the Report and Recommendation, and the time to file such an objection has elapsed.